(No. 77-CC-1298

CATHY YEAMAN, Claimant, *v.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 27, 1977*

PER CURIAM.

This cause coming on to be heard on the joint stipulation of the parties and the Court being fully advised in the premises find that the evidence, as presented by

the Record, although circumstantial, indicates that the Claimant's automobile was damaged by a tractor belonging to the State of Illinois while the Claimant's automobile was parked in a designated parking area.

It is therefore ordered that the Claimant be awarded the sum of $123.61.